# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CRIMINAL ACTION** |
| **v.** | ) | |
| | ) | **No. 07-20167-12-KHV** |
| **JERMAINE DOUGLAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on defendant's <u>Motion To Terminate Defendant's Term Of Supervised Release</u> (Doc. #768) filed June 19, 2018. The government opposes defendant's motion. <u>See</u> <u>Government's Response In Opposition To Defendant's Motion To Terminate Supervised Release Term</u> (Doc. #770) filed July 3, 2018. The Unites States Probation Office supports defendant's request for early termination of his term of supervised release. <u>See</u> Letter from Paula M. Heschmeyer dated June 20, 2018, attached to <u>Defendant's Reply Regarding Early Termination Of His Term Of Supervised Release</u> (Doc. #771) filed July 11, 2018.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the positions of the United States Attorney and the United States Probation Office. In particular, the Court notes that on February 23, 2017, defendant successfully completed the Moral Reconation Therapy ("MRT") program. For this reason and substantially the reasons stated in defendant's memoranda and the letter from Ms. Heschmeyer, the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's <u>Motion To Terminate Defendant's Term</u>

Of Supervised Release (Doc. #768) filed June 19, 2018 is **SUSTAINED**.  The Court terminates the remaining term of defendant's supervised release.  Defendant is discharged.

Dated this 20th day of July, 2018 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge